IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHER DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | COMPLAINT |
| PERSONAL TOUCH HOME CARE OF OHIO, INC., | ) ) | |
| Defendant. | ) ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "EEOC" or the "Commission") brings this action pursuant to Title I of the Americans with Disabilities Act of 1990, as amended and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to make whole Pamula K. Calfee ("Calfee"), who was adversely affected by such practices. The Defendant, Personal Touch Home Care Of Ohio, Inc. ("Personal Touch") discharged Calfee because of her disabilities.

## JURISDICTION

1.   Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).

2.   The employment practices alleged to be unlawful were committed within the

jurisdiction of the United States District Court for the Southern District of Ohio.

## PARTIES

3. The Commission is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times Personal-Touch has been a corporation continuously doing business in the State of Ohio and the City of Hamilton, and has continuously had at least 15 employees.

5. At all relevant times, Personal Touch has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Personal Touch has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Calfee filed a charge with the Commission alleging that Personal Touch violated Title I of the ADA. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least April 8, 2009, Personal Touch has engaged in unlawful employment practices in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a), at its Hamilton, Ohio facility. These practices include, but are not limited to, discharging Calfee because of her disabilities: renal failure, chronic obstructive pulmonary disease (COPD), hypertension, asthma

and stomach ulcers.

9. The effect of the practices complained of above has been to deprive Calfee of equal employment opportunities and otherwise to adversely affect her status as an employee because of her disabilities.

10. The unlawful employment practices complained of in paragraph 8 above was intentional.

11. The unlawful employment practices complained of in paragraph 8 above was done with malice or with reckless indifference to Calfee's federally protected rights.

**PRAYER FOR RELIEF**

Wherefore the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Personal Touch, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that discriminates on the basis of disability;

B. ORDER Personal Touch to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities, and that eradicate the effects of its past and present unlawful employment practices;

C. ORDER Personal Touch to make Calfee whole by providing her with appropriate back pay with prejudgment interest, in amounts to be proven at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

D. ORDER Personal Touch to make whole Calfee by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of in paragraph 8 above, including, but not limited to, medical expenses that, but for the unlawful employment practices, would have been paid by Personal-Touch employee benefit plan, in

amounts to be determined at trial;

  E. ORDER Personal Touch to make Calfee whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of in paragraph 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

  F. ORDER Personal Touch to pay Calfee punitive damages for its malicious and reckless conduct as described in paragraph 8 above, in amounts to be determined at trial;

  G. GRANT such further relief as the court deems necessary and proper in the public interest; and

  H. AWARD the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in its Complaint.

Respectfully submitted,

  s/ Laurie A. Young
LAURIE A. YOUNG
Regional Attorney

s/ Michelle Eisele
MICHELLE EISELE
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

s/ Kenneth W. Brown
KENNETH W. BROWN
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION
Louisville Area Office 600 Martin Luther King, Jr. Place Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5435 (Facsimile)
E-mail: Kenneth.Brown@eeoc.gov